UNITED STATES of America, Plaintiff, v. HARRY H. CULVER & COMPANY, a Corporation, and Massachusetts Bonding & Insurance Company, a Corporation, Defendants.

MASSACHUSETTS BONDING & INSURANCE COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee, Harry H. Culver & Company, a Corporation, Defendant.

No. 8707.

Circuit Court of Appeals, Ninth Circuit. June 29, 1938.

Joe Crider, Jr., and Clarence B. Runkle, both of Los Angeles, Cal., for appellant.

James W. Morris, Asst. Atty. Gen., Sewall Key, Norman D. Keller, and E. E. Angevine, Sp. Assts. to Atty. Gen., and Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

DENMAN, Circuit Judge.

The parties and issues in this case are identical with those in Massachusetts Bonding & Insurance Company v. United States of America, 9 Cir., 97 F.2d 879, this day decided. Only the years of the deficiencies and the amount of the bond differ. For the reasons stated in the former opinion, the judgment is reversed and the case is remanded to the district court for further proceedings in conformity with that opinion.